**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL CASE NO. 1:08cr128-10**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> **RAVON JAMAR PATTON.** ) <br> _____) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's motion to dismiss the criminal forfeiture of the real property located at 400 Roper Street, Morganton, North Carolina. [Doc. 383]. The Government advises that it has filed a civil forfeiture action with respect to this property. See Civil Action No. 1:10cv18.

For the reasons stated in the Government's Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Forfeiture of 400 Roper Street [Doc. 383] is **GRANTED**.

**IT IS SO ORDERED.**

Signed: January 19, 2010

Martin Reidinger
United States District Judge